IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Moni'Que Vinson

Case No.: 12-35383

Judge:

Chapter:

, Debtor(s)

*FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 06 2012
KENNETH S. GARDNER, CLERK
CK*

### DECLARATION OF NO PAY STUBS AND/OR TAX RETURNS

(Check the statements that apply)

_____ I am the Debtor in the above case.

✓ I have only received SSI for the last several years. Therefore, I do not have any pay stubs to tender to the trustee.

_____ I had not filed, and have not been required to file income tax returns for

_____ years due to _____

_____.

I declare under penalty of perjury that the statements in this Declaration are true and correct to the best of my knowledge, information, and belief.

9/6/2012
Date

*Monihue Vinson*
Signature
Print Name:

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.